CEM

**FILED**
**NOVEMBER 30, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6755

In the Matter of                                                  Case Number:

Joseph DiCosola, individually and on behalf of a class,

      v.

Palmet Venture, LLC, d/b/a 312 Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Joseph DiCosola

**JUDGE DARRAH**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print) <br> Anthony G. Barone | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Anthony G. Barone | |
| FIRM <br> Barone & Jenkins, P.C. | |
| STREET ADDRESS <br> 635 Butterfield Rd., Ste. 145 | |
| CITY/STATE/ZIP <br> Oakbrook Terrace, Illinois 60181 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6211230 | TELEPHONE NUMBER <br> 630/472-0037 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |