IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Joseph Di Cosola, Individually and on behalf of a class, | ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6755 |
| v. | ) ) | The Honorable John W. Darrah |
| Palmet Venture, LLC, d/b/a 312 Chicago, | ) ) | Magistrate Michael T. Mason |
| Defendants. | ) ) | |

### UNOPPOSED MOTION OF PALMET VENTURE LLC TO (1) VACATE ANY DEFAULTS, AND (2) EXTEND THE TIME FOR PALMET VENTURE LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Palmet Venture LLC ("Palmet"), by its undersigned counsel, respectfully moves this Court for an order vacating any technical defaults and extending the time for Palmet to answer or otherwise respond to the *Complaint* in the above-captioned lawsuit. In support of this unopposed motion, Palmet states as follows:

1. On November 30, 2007, plaintiff filed the *Complaint*, which alleges a claim under the Fair and Accurate Credit Transactions Act, 15 U.S.C. § 1681, *et seq*.

2. On January 31, 2007, one of Palmet's attorneys, Karl Leinberger, spoke with one of plaintiff's attorney, David Jenkins, regarding an extension of time to respond to the *Complaint*. On plaintiff's behalf, Mr. Jenkins agreed that Palmet can have through February 21, 2008 to file a response to the *Complaint*.

3. This is the first agreed extension between plaintiff and Palmet, and an extension will not prejudice any party.

4. According to the case docket for the above-captioned lawsuit, Palmet's response to the *Complaint* was due by February 1, 2008.

**WHEREFORE**, Palmet respectfully requests that the Court enter an order vacating any technical defaults and extending the time for Palmet to answer or otherwise respond to the *Complaint* through February 21, 2008.

Respectfully submitted,

_____

Dated: January 31, 2008

Karl G. Leinberger, One of the attorneys
For Palmet Venture, LLC

Karl Leinberger, Esq.
Crowley Barrett & Karaba, Ltd.
20 S. Clark Street, Suite 2310
Chicago, Illinois 60603
(312) 726-2468

## CERTIFICATE OF SERVICE

Karl Leinberger, an attorney for Palmet Venture, LLC, hereby certifies that he caused a true and correct copy of the foregoing *Unopposed Motion Of Palmet Venture LLC To (1) Vacate Any Defaults, and (2) Extend The Time For Palmet Venture LLC To Respond To Plaintiff's Complaint* to be served by via the ECF System for the United States District Court for the Northern District of Illinois before 5 p.m. on this 31st day of January, 2008, upon:

Anthony G. Barone
David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road
Suite 145
Oakbrook Terrace, IL 60181

_____
Karl G. Leinberger