IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Joseph Di Cosola, Individually and on behalf of a class,<br>　　　　　Plaintiffs,<br><br>　v.<br><br>Palmet Venture, LLC, d/b/a 312 Chicago,<br><br>　　　　　Defendants. | )<br>)<br>)　Case No. 07 C 6755<br>)<br>)　The Honorable John W. Darrah<br>)<br>)　Magistrate Michael T. Mason<br>)<br>) |

## NOTICE OF MOTION

Please take notice that on February 6, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Courtroom 1203 of the United States District Court Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60602, and then and there present the *Unopposed Motion Of Palmet Venture LLC To (1) Vacate Any Defaults, and (2) Extend The Time For Palmet Venture LLC To Respond To Plaintiff's Complaint*, a copy of which is enclosed.

By: _____
Karl G. Leinberger, One Of Its Attorneys

Karl Leinberger, Esq. (Atty. I.D. No. 6237537)
Crowley Barrett & Karaba, Ltd.
20 S. Clark Street, Suite 2310
Chicago, Illinois 60603
(312) 726-2468

## PROOF OF SERVICE VIA ECF SYSTEMS

  The undersigned, having been first duly sworn upon oath, states that he served a true and complete copy of the foregoing *Notice of Motion* to the counsel below via the ECF System from kleinberger@cbklaw.com at 20 South Clark Street, Suite 2310, Chicago, Illinois 60603 on January 31, 2008, before 5 p.m.

Anthony G. Barone
David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road
Suite 145
Oakbrook Terrace, IL 60181

By: _____
   Karl G. Leinberger, One Of Its Attorneys