IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Joseph Di Cosola, Individually and on behalf of a class, | ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6755 |
| v. | ) ) | The Honorable John W. Darrah |
| Palmet Venture, LLC, d/b/a 312 Chicago, | ) ) | Magistrate Michael T. Mason |
| Defendants. | ) ) | |

**NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2**

Pursuant to Northern District of Illinois Local Rule 3.2, Palmet Venture, LLC, by its undersigned attorney, hereby discloses that no publicly held company owns 5% or more of its stock.

Respectfully submitted,
Palmet Venture, LLC,

By: _____
One of its Attorneys

Dated: January 31, 2008

Mr. Karl G. Leinberger
Crowley Barrett & Karaba, Ltd
20 South Clark Street
Suite 2310
Chicago, Illinois 60603
312.726.2468

## CERTIFICATE OF SERVICE

    Karl Leinberger, an attorney for Palmet Venture LLC, hereby certifies that he caused a true and correct copy of the foregoing *Notification Of Affiliates Pursuant To Local Rule 3.2* to be served by via the ECF System from kleinberger@cbklaw.com at 20 South Clark Street, Suite 2310, Chicago, Illinois 60603 on January 31, 2008, before 5 p.m. on:

Anthony G. Barone
David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road
Suite 145
Oakbrook Terrace, IL 60181

_____
Karl G. Leinberger