IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Joseph Di Cosola, Individually and on behalf of a class,<br>　　　　　Plaintiffs,<br><br>v.<br><br>Palmet Venture, LLC, d/b/a 312 Chicago,<br>　　　　　Defendants. | Case No. 07 C 6755<br><br>The Honorable John W. Darrah<br><br>Magistrate Michael T. Mason |

### NOTICE OF FILING

Please take notice that on January 31, 2008, the undersigned caused a copy of Palmet Venture, LLC's *Notification Of Affiliates Pursuant To Local Rule 3.2* to be filed with the Clerk of Court for the Northern District of Illinois via the ECF system.

_____
Karl Leinberger

Karl Leinberger, Esq.
Crowley Barrett & Karaba, Ltd.
20 S. Clark Street, Suite 2310
Chicago, Illinois 60603
(312) 726-2468

### CERTIFICATE OF SERVICE

Karl Leinberger, an attorney for Palmet Venture, LLC, hereby certifies that he caused a true and correct copy of the foregoing *Notice of Filing* to be served by ECF System from kleinberger@cbklaw.com at 20 South Clark Street, Suite 2310, Chicago, Illinois 60603 on January 31, 2008, before 5 p.m. upon:

Anthony G. Barone
David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road
Suite 145
Oakbrook Terrace, IL 60181

_____
Karl G. Leinberger