## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Joseph DiCosola
                         Plaintiff,

v.                                                Case No.: 1:07−cv−06755
                                                               Honorable John W. Darrah

Palmet Venture, LLC
                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2008:

      MINUTE entry before Judge John W. Darrah :Defendant's unopposed motion to vacate the default [11] is moot. Defendant to file an answer by 2/27/08. Rule 26(a)(1) disclosures to be exchanged by 2/27/08. Status hearing set for 3/12/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.