IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Joseph Di Cosola, Individually and on behalf of a class, | ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6755 |
| v. | ) ) | The Honorable John W. Darrah |
| Palmet Venture, LLC, d/b/a 312 Chicago, | ) ) | Magistrate Michael T. Mason |
| Defendants. | ) ) | |

**JOINT MOTION FOR (1) EXTENSION OF TIME FOR PALMET VENTURE LLC TO RESPOND TO PLAINTIFF'S COMPLAINT, AND (2) EXTENSION OF TIME FOR THE PARTIES TO MAKE RULE 26(A) (1) DISCLOSURES**

Defendant Palmet Venture, LLC ("Palmet") and plaintiff Joseph Di Cosola ("Di Cosola"), by their respective undersigned counsel, respectfully move this Court for an order extending the time for Palmet to answer or otherwise respond to the *Complaint* and extending the time for the parties to make Rule 26(a)(1) disclosures. In support of this unopposed motion, the parties state as follows:

1. The parties have agreed to conduct settlement negotiations and need through April 3, 2008 to conduct them.

2. On February 6, 2008, the Court set a February 27, 2008 deadline for the parties to make Rule 26(a)(1) disclosures. On the same date, the Court set the same deadline for Palmet to respond to the *Complaint*.

3. The likelihood of settlement is enhanced if the parties are able to keep their fees and costs to the minimum at this juncture.

4. Additionally, the parties' collective resources would be used inefficiently if they were required to make Rule 26(a)(1) disclosures only to have the case settle soon afterwards.

Similarly, Palmet's resources would be used inefficiently if it were required to respond to the *Complaint* only to have the case settle soon afterwards.

5. This is the second agreed extension between Di Cosola and Palmet regarding a response to the *Complaint*. This is the first agreed extension of the Rule 26(a)(1) deadline. Neither extension will prejudice any party.

**WHEREFORE**, the parties respectfully request that the Court enter an order extending the time for Palmet to answer or otherwise respond to the *Complaint* and also extending the time for the parties to make Rule 26(a)(1) disclosures through April 3, 2008.

Dated: February 21, 2008

Respectfully submitted,

/s/ Karl Leinberger
One of the attorneys
for Palmet Venture, LLC

Karl Leinberger, Esq.
Crowley Barrett & Karaba, Ltd.
20 S. Clark Street, Suite 2310
Chicago, Illinois 60603
(312) 726-2468

/s/ David Jenkins
One of the attorneys
for Joseph Di Cosola

David M. Jenkins, Esq.
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037

### CERTIFICATE OF SERVICE

Karl Leinberger, an attorney for Palmet Venture, LLC, hereby certifies that he caused a true and correct copy of the foregoing *Joint Motion For (1) Extension Of Time For Palmet Venture LLC To Respond To Plaintiff's Complaint, and (2) Extension Of Time For The Parties To Make Rule (26)(a)(1) Disclosures* to be served by via the ECF System for the United States District Court for the Northern District of Illinois before 5 p.m. on this 21st day of February, 2008, upon:

Anthony G. Barone
David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, IL 60181

Karl G. Leinberger