## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6755 | **DATE** | February 22, 2008 |
| **CASE TITLE** | Di Cosola v. Palmet Ventures, LLC | | |

**DOCKET ENTRY TEXT:**

Joint Motion for Extension of Time To Respond to Complaint and Extension of Time for Rule 26(A)(1) Disclosures [16], [17] is granted. Defendant's answer is to be filed on or before April 3, 2008. The parties are to make Rule 26(A)(1) disclosures on or before April 3, 2008. The status hearing scheduled for March 12, 2008, is stricken and reset to April 9, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|