**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Joseph DiCosola
                        Plaintiff,

v.                                             Case No.: 1:07−cv−06755
                                                                Honorable John W. Darrah

Palmet Venture, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable John W. Darrah:Plaintiff's motion for leave to file an additional appearance [19] is granted. Defendant's motion for extension of time to respond to the complaint [21] is granted. Status hearing set for 5/6/08 at 9:00 a.m. at which time the Court will set the time to file responsive pleadings. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.