IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Joseph Di Cosola, Individually and on behalf of a class, | ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6755 |
| v. | ) ) | The Honorable John W. Darrah |
| Palmet Venture, LLC, d/b/a 312 Chicago, | ) ) | Magistrate Michael T. Mason |
| Defendants. | ) ) | |

### NOTICE OF FILING

Please take notice that on April 29, 2008, the undersigned caused a copy of the *Appearance* for Jeffrey S. Burns to be filed with the Clerk of Court for the Northern District of Illinois via the ECF system.

_____
Karl G. Leinberger

Karl G. Leinberger
Jeffrey S. Burns, Esq.
Crowley Barrett & Karaba, Ltd.
20 S. Clark Street, Suite 2310
Chicago, Illinois 60603
(312) 726-2468

### CERTIFICATE OF SERVICE

Jeffrey S. Burns, an attorney for Palmet Venture, LLC, hereby certifies that he caused a true and correct copy of the foregoing *Notice of Filing* to be served by ECF System from kleinberger@cbklaw.com at 20 South Clark Street, Suite 2310, Chicago, Illinois 60603 on April 29, 2008, before 5 p.m. upon:

Anthony G. Barone
David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road
Suite 145
Oakbrook Terrace, IL 60181

_____
Karl G. Leinberger